UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUSTIN ROCKHILL,

      Plaintiff,

v.                                        Case No: 2:18-cv-820-FtM-38MRM

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

**ORDER**[1]

This matter comes before the Court on *sua sponte* review of the Complaint (Doc. 1) filed on December 19, 2018, which alleges that Plaintiff resides in Highlands County, Florida. (*Id.*, ¶ 7). The Fort Pierce Division of the Southern District of Florida encompasses Highlands County. Since the acts alleged in the Complaint occurred in Highlands County, the case is due to be transferred to the United States District Court for the Southern District of Florida, Fort Pierce Division.

Accordingly, it is now

**ORDERED:**

The Clerk of the Court is directed to **transfer** this case to the United States District Court for the Southern District of Florida, Fort Pierce Division.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of December, 2018.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record